UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Gina Esposito

                    Plaintiff,

              07 **CIVIL** 6722    (    )

-against-

Deutsche Banke AG

                    Defendant.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

■ *Attorney*

    ■ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JD5795__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

■ *Law Firm/Government Agency Association*

    From: __DELINCE & CLYNE__

    To: __DELINCE LAW PLLC__

    ■ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:*   same   44 Wall Street, 10th Fl

☐ *Telephone Number:*   same 212 710-9512

☐ *Fax Number:*   same 212 710-9513

■ *E-Mail Address:*   jpd@delincelaw.com

Dated: __7/25/07__