Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys For Defendant
Deutsche Bank AG New York branch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

GINA ESPOSITO,

                Plaintiff,

          - against -

DEUTSCHE BANK AG

                Defendant.

------------------------------------X

07 Civ. 6722 (KMK)(AJP)

**NOTICE OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

To: Attorney for Plaintiff:
     Mr. J. Patrick DeLince
     DeLince Law PLLC
     44 Wall Street, 10th Floor
     New York, New York 10005-2401

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Affidavit of Joanne Seltzer, the undersigned will move this Court before The Honorable Kenneth M. Karas at the United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the time-barred claims in Plaintiff Gina Esposito's Complaint, in their entirety and with prejudice, for failure to state a claim upon which relief can be granted.

Respectfully submitted,

Dated: August 29, 2007
      New York, New York

SIDLEY AUSTIN LLP

By: _____
Cliff Fonstein
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank AG New York branch

2

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 29th day of August, 2007, I caused a true and correct copy of the foregoing Notice of Motion for Partial Dismissal of Plaintiff's Complaint to be served by Federal Express overnight delivery upon the following parties:

>Attorney for Plaintiff:
>Mr. J. Patrick DeLince
>DeLince Law PLLC
>44 Wall Street, 10th Floor
>New York, New York 10005-2401

_____
Joanne Seltzer