Cliff Fonstein (CF-8603)
Joanne Seltzer (JS-2686)
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank AG New York branch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GINA ESPOSITO,

      Plaintiff,

  - against -

DEUTSCHE BANK AG

      Defendant.
------------------------------------X

07 Civ. 6722 (KMK)(AJP)

**AFFIRMATION OF JOANNE SELTZER IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

    JOANNE SELTZER, an attorney at law duly admitted to practice before the Courts of the State of New York, hereby affirms the following under penalty of perjury:

    1.  I am a member of the bar of this Court and associated with Sidley Austin LLP, counsel for Defendant Deutsche Bank AG New York branch. As such, I am familiar with the facts and circumstances of the instant action.

    2.  A true and correct copy of Plaintiff Gina Esposito's Charge of Discrimination, dated February 6, 2002, is attached hereto as Exhibit A.

3. A true and correct copy of the Complaint in this action filed on July 26, 2007, is attached hereto as Exhibit B.

Dated: August 29, 2007
New York, New York

SIDLEY AUSTIN LLP

By: *Joanne Seltzer*
Cliff Fonstein
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank AG New York branch

2

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 29th day of August, 2007, I caused a true and correct copy of the foregoing Affirmation of Joanne Seltzer to be served by Federal Express overnight delivery upon the following parties:

>Attorney for Plaintiff:
>J. Patrick DeLince
>DeLince Law PLLC
>44 Wall Street, 10th Floor
>New York, New York 10005-2401

_____
Joanne Seltzer