Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank AG New York branch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GINA ESPOSITO,

               Plaintiff,

        - against -

DEUTSCHE BANK AG

               Defendant.

------------------------------------X

07 Civ. 6722 (KMK)(AJP)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrates of the court to evaluate possible disqualification or recusal, Defendant Deutsche Bank AG through its New York branch, and through its undersigned attorneys of record, certifies that it is a German banking organization, organized under the laws of Germany and that its shares are publicly traded on the German and New York stock exchanges, among others. Deutsche Bank AG New York branch further certifies that it is not aware of any publicly held

corporation that owns 10% or more of its stock.

Dated: New York, New York
August 29, 2007

    Respectfully submitted,

    SIDLEY AUSTIN LLP

    By: _/s/ Joanne Seltzer_
    Cliff Fonstein
    Joanne Seltzer
    787 Seventh Avenue
    New York, NY  10019
    (212) 839-5300

    Attorneys for Defendant
    Deutsche Bank AG New York branch