UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/11/07

**Gina Exposito,**
                    **Plaintiff,**

-v-

**Deutsche Bank AG,**
                    **Defendant.**

Case No. 07-CV- 6722 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    The motion for judgment on the pleadings filed by Defendant Deutsche Bank AG on August 29, 2007 is denied without prejudice for failure to comply with the Court's individual practices and the Local Rules of this District.

    The Clerk of the Court is directed to terminate the motion docketed as document #4.

SO ORDERED.

Dated:    September 10, 2007
               New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE