Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank AG New York branch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
GINA ESPOSITO,

                Plaintiff,

           - against -

DEUTSCHE BANK AG

                Defendant.

07 Civ. 6722 (RJS)(AJP)

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned action as counsel for Defendant Deutsche Bank AG New York branch. I certify that I am one of the attorneys of record in this matter and am admitted to practice before this Court.

Dated: September 17, 2007
      New York, New York

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
Cliff Fonstein
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank AG New York branch.

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 17th day of September, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served by Federal Express overnight delivery upon the following parties:

>Attorney for Plaintiff:
>Mr. J. Patrick DeLince
>DeLince Law PLLC
>44 Wall Street, 10th Floor
>New York, New York 10005-2401

*Joanne Seltzer*
Joanne Seltzer

NY1 6333963v.1