UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9\27\07

Gina Esposito,

                     Plaintiff,

-v-

Deutsche Bank AG,

                    Defendant.

Case No. 07-CV-6722 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

       This case has been reassigned to my docket. The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on October 3, 2007 at 4:30pm in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York.*

       The Plaintiff is hereby directed to respond to the Defendant's letter dated September 14, 2007, not later than noon on October 1, 2007.

SO ORDERED.

Dated:     September 27, 2007
               New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

\* **Counsel are directed to check with the Court Security Officers in the Lobby for Courtroom assignment.**