Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys For Defendant
Deutsche Bank AG, New York branch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GINA ESPOSITO,

                    Plaintiff,

          - against -

DEUTSCHE BANK AG

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 6722 (RJS)(AJP)

**NOTICE OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT**

To:    Attorney for Plaintiff:
        Mr. J. Patrick DeLince
        DeLince Law PLLC
        44 Wall Street, 10th Floor
        New York, New York 10005-2401

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Affidavit of Joanne Seltzer, the undersigned will move this Court before The Honorable Richard J. Sullivan at the United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the time-barred claims in Plaintiff Gina Esposito's Complaint, in their entirety and with prejudice, for failure to state a claim upon which relief can be granted.

Respectfully submitted,

Dated: October 12, 2007  
New York, New York

SIDLEY AUSTIN LLP

By: _____  
Cliff Fonstein  
Joanne Seltzer  
787 Seventh Avenue  
New York, New York 10019  
(212) 839-5300

Attorneys for Defendant  
Deutsche Bank AG, New York branch

2

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 12th day of October, 2007, I caused a true and correct copy of the foregoing Notice of Motion for Partial Dismissal of Plaintiff's Complaint to be served by Federal Express overnight delivery upon the following parties:

>Attorney for Plaintiff:
>Mr. J. Patrick DeLince
>DeLince Law PLLC
>44 Wall Street, 10th Floor
>New York, New York 10005-2401

_____
Joanne Seltzer

NY1 6368088v.1