Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank AG, New York branch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| GINA ESPOSITO, | 07 Civ. 6722 (RJS)(AJP) |
| Plaintiff, | **AFFIRMATION OF JOANNE SELTZER IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT** |
| - against - | |
| DEUTSCHE BANK AG | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOANNE SELTZER, an attorney at law duly admitted to practice before the Courts of the State of New York, hereby affirms the following under penalty of perjury:

1. I am a member of the bar of this Court and associated with Sidley Austin LLP, counsel for Defendant Deutsche Bank AG, New York branch. As such, I am familiar with the facts and circumstances of the instant action.

2. A true and correct copy of Plaintiff Gina Esposito's Charge of Discrimination, dated February 6, 2002, is attached hereto as Exhibit A.

3.  A true and correct copy of the Complaint in this action filed on July 26, 2007, is attached hereto as Exhibit B.

4.  A true and correct copy of Plaintiff Gina Esposito's pre-motion letter, dated September 20, 2007, is attached hereto as Exhibit C.

5.  A true and correct copy of the FY2002 Worksharing Agreement between the New York State Division of Human Rights and the Equal Employment Opportunity Commission for Fiscal Year 2002 is attached hereto as Exhibit D.

Dated: October 12, 2007  
       New York, New York

SIDLEY AUSTIN LLP

By: _____  
Cliff Fonstein  
Joanne Seltzer  
787 Seventh Avenue  
New York, New York 10019  
(212) 839-5300

Attorneys for Defendant  
Deutsche Bank AG, New York branch

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 12th of October, 2007, I caused a true and correct copy of the foregoing Affirmation of Joanne Seltzer to be served by Federal Express overnight delivery upon the following parties:

> Attorney for Plaintiff:
> J. Patrick DeLince
> DeLince Law PLLC
> 44 Wall Street, 10th Floor
> New York, New York 10005-2401

_____
Joanne Seltzer

NY1 6368119v.1