UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

GINA ESPOSITO,

Plaintiff,

-v-

07-CV-6722 (RJS)
MOTION SCHEDULING ORDER

DEUTSCHE BANK AG,

Defendant.

RICHARD J. SULLIVAN, District Judge:

At the pre-motion conference held before the Court on October 3, 2007, regarding defendant's proposed motion to dismiss, the Court adopted the following scheduling order:

The parties shall jointly submit by October 17, 2007, a written report of their agreements or disagreements regarding case management and discovery, in a form corresponding to the Court's Case Management and Scheduling Order.

Defendant shall submit its moving papers by October 12, 2007.

Plaintiff shall submit her opposition papers by November 6, 2007.

Defendant may submit its reply papers, if any, by November 16, 2007.

Thereafter, the Court will schedule oral argument regarding the proposed motion if necessary.

SO ORDERED.

Dated:      New York, New York
            October 24 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE