| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | |
| GINA ESPOSITO,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | AFFIRMATION OF J. PATRICK DELINCE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT<br><br>Case No. 07 Civ. 6722 (RJS) (AJP) |

J. Patrick DeLince, an attorney at law duly admitted to practice before the Court of the State of New York, hereby affirms the following under penalty of perjury:

1. I am a member of the bar of this Court and practice under law firm of DeLince Law PLLC and represent the plaintiff, GINA ESPOSITO, in this matter. As such, I am familiar with the facts and circumstances of the instant action.

2. A true and correct copy of GINA ESPOSITO's Charge of Discrimination, dated February 6, 2002 and response to (attached herein as Exhibit "A").

3. A true and correct copies of Joseph Alvarado, State and Local Program Manager for the New York District Office of the U.S. Equal Employment & Opportunity Office (attached herein as Exhibit "B").

4. A true and correct draft of GINA ESPOSITO's Complaint with proposed changes in bold-lettering (attached herein as Exhibit "C").

Dated: November 5, 2007
      New York, New York

By: _____
J. Patrick DeLince
(Bar Roll No. JD5795)
DELINCE & CLYNE
44 Wall Street, 10th Floor
NewYork, New York 10005
Tel: 212 710-9512
Fax: 212 710-9513

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing AFFIRMATION OF J. PATRICK DELINCE was served by electronically filing the foregoing with the Clerk of the District Court using the CM/ECF system on November 6, 2007 and also courtesy copies by FEDEX to Honorable Richard J. Sullivan and the Honorable Andrew J. Peck, and upon the following:

>Cliff Fonstein Esq.
>Joanne Seltzer, Esq.
>Sidley Austin LLP
>787 Seventh Avenue
>New York, New York 10019

Dated: November 6, 2007

>s/ J. Patrick DeLince
>J. Patrick DeLince
>(Bar Roll No. JD5795)
>DELINCE & CLYNE
>44 Wall Street, 10th Floor
>NewYork, New York 10005
>Tel: 212 710-9512
>Fax: 212 710-9513