UNITED STATES DISTRICT COURT SOUTHERN DISTRICT COURT OF NEW YORK
-------------------------------------------------------------------X
GINA ESPOSITO

          Plaintiff,

 - against -

DEUTSCHE BANK AG

          Defendant.
-------------------------------------------------------------------X

07 Civ. 6722 (RJS)(AJP)

**AFFIDAVIT**
STATE OF NEW YORK )
         : ss.:
COUNTY OF NEW YORK )

  I, Joseph Alvarado, state that the following statements are true and correct to the best of my personal knowledge, information and belief:

  1. I am State and Local Program Manager for the New York District Office of the U.S. Equal Employment & Opportunity Office ("EEOC") located at 33 Whitehall Street, New York, New York 10004.

  2. As a matter of practice, pursuant to our worksharing agreements, when a charge is filed with the EEOC in New York City, the matter is duly filed with the State Human Rights Commission.

  3. Dual-filing is accomplished by our office automatically imputing the claimant's information into our Integrated Mission System ("IMS"), a computer system shared and accessible with local agencies with whom we have entered into worksharing agreements.

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT COURT OF NEW YORK
-----------------------------------------------------------------X
GINA ESPOSITO                                              :      07 Civ. 6722 (RJS)(AJP)
                                                           :
                                      Plaintiff,           :      AFFIDAVIT
                                                           :
- against -                                                :
                                                           :
DEUTSCHE BANK AG                                           :
                                                           :
                                      Defendant.           :
-----------------------------------------------------------------X

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

    I, Joseph Alvarado, state that the following statements are true and correct to the best of my personal knowledge, information and belief:

    1. I am State and Local Program Manager for the New York District Office of the U.S. Equal Employment & Opportunity Office ("EEOC") located at 33 Whitehall Street, New York, New York 10004.

    2. As a matter of practice, pursuant to our worksharing agreements, when a charge is filed with the EEOC in New York City, the matter is duly filed with the State Human Rights Commission.

    3. Dual-filing is accomplished by our office automatically imputing the claimant's information into our Integrated Mission System ("IMS"), a computer system shared and accessible with local agencies with whom we have entered into worksharing agreements.

    4. One of the purposes of the IMS system is to prevent a claimant from simultaneously filing a charge with two or more agencies. Once an agency, whether the EEOC or a state or local agency, begins an investigation it has exclusive investigatory rights

and the filing of charge in more than one agency would create duplicative investigations.

5. The dual-filing procedures described above were in effect at the EEOC in 2002.

Dated: New York, New York
November 2, 2007

_____
Joseph Alvarado
(signed Holly Woodyard for)

Sworn to before me on this
2nd day of November, 2007

_____
Notary Public

WILLIAM J. LAI
Notary Public, State of New York
No. 01LA4967082
Qualified in Kings County
Commission Expires MAY 21, 20__

2