SULLIVAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GINA ESPOSITO,

    Plaintiff,

 - against -

DEUTSCHE BANK AG,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: 07 Civ. 6722 (RJS)(AJP)

: **STIPULATION AND ORDER TO ENLARGE TIME**

   IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between counsel for Plaintiff Gina Esposito (hereinafter referred to as "Plaintiff") and counsel for Defendant Deutsche Bank AG, New York Branch (hereinafter referred to as "Defendant") that the deadlines in the Case Management Plan and Scheduling Order be enlarged as follows:

| | |
|---|---|
| All fact discovery to be completed by: | Ninety (90) days after the Court's decision with respect to Defendant's Motion for Partial Dismissal of the Complaint |
| Depositions to the completed by: | Ninety (90) days after the Court's decision with respect to Defendant's Motion for Partial Dismissal of the Complaint |

DELINCE LAW LLP

By: _____
J. Patrick DeLince
44 Wall Street, 10th Floor
New York, New York 10005
Attorneys for Plaintiff
Gina Esposito

Dated: April 16, 2008

SIDLEY AUSTIN LLP

By: _____
Cliff Fonstein
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
Attorneys for Defendant
Deutsche Bank AG, New York Branch

Dated: April 17, 2008

**SO ORDERED:**

_____
U.S.D.J.
4/18/08